IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| JERRY WOODY,<br><br>                                   *Plaintiff,*<br><br>v.<br><br>JO ANNE B. BARNHART, COMMISSIONER OF SOCIAL SECURITY,<br><br>                                   *Defendant.* | CIVIL ACTION NO. 3:06-CV-00005<br><br>OPINION AND ORDER<br><br>JUDGE NORMAN K. MOON |

      This matter is before the Court on Plaintiff's Motion for Attorney's Fees. The matter was referred to The Honorable B. Waugh Crigler, United States Magistrate Judge, for a Report and Recommendation, which was filed on April 4, 2007. No objections to the Report were filed.

      The Report is hereby ADOPTED in full as the opinion of this Court. The Plaintiff's motion for fees is DENIED because Plaintiff is not a "prevailing party."

      The Clerk of the Court is directed to send a certified copy of this Order to all counsel of record.

ENTERED: /s/ *[signature]*
U.S. District Judge

Date: May 4, 2007